

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00290-CR

**TELVIN JAMALL HORNE,**

                                                              **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                              **Appellee**

### From the County Court at Law No. 1
### McLennan County, Texas
### Trial Court No. 20153671CR1

## MEMORANDUM OPINION

Telvin Jamall Horne was charged with two counts of burglary of a motor vehicle. Horne filed a notice of appeal "…from the Judgment and Sentence entered in the above entitled and numbered cause…." No judgment and sentenced has been rendered or pronounced in the underlying case. Accordingly, we have no jurisdiction, and this

appeal is dismissed without prejudice to file a notice of appeal when sentence is pronounced.[1]  *See* TEX. R. APP. P. 26.2(a).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed September 21, 2016
Do not publish
[CR25]



---

[1] Because there is no judgment, no certificate of right to appeal has been, nor can it be, prepared and signed by the trial court.  *See* TEX. R. APP. P. 25.2(a).